UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SCARLETT PIPKIN,                                    :
                                                    :          CIVIL ACTION NO.
            Plaintiff,                              :          3:03CV0019 (MRK)
                                                    :
v.                                                  :
                                                    :
BRIDGEPORT BOARD OF EDUCATION,       :
SUPERINTENDENT SONIA DIAZ SALCEDO, :
in her official and individual capacities,          :
ASSISTANT SUPERINTENDENT, KENNETH :
HENRICI, in his official and individual            :
capacities, INTERIM MATHEMATICS               :
DIRECTOR, RICARDO ROSA, in his official     :
and individual capacities, GEAR UP              :
DIRECTOR, LEROY DUPEE, in his official       :
and individual capacities AND TEACHER,       :
JORGE PEZO, in his official and individual    :
capacities,                                         :
                                                    :
            Defendants.                             :          OCTOBER 23, 2003

DEFENDANTS' MOTION TO COMPEL
AND FOR RELATED RELIEF

Defendants, Bridgeport Board of Education, Sonia Diaz Salcedo, Kenneth Henrici,

Ricardo Rosa and Jorge Pezo, by and through undersigned counsel, for the reasons set forth in

the accompanying affidavit and supporting memorandum of law, seek an Order pursuant to Fed.

R. Civ. P. 37(a) and (c)(1) and L. Civ. R. 37(2) through (4):

(1)     compelling Plaintiff to file and serve Initial Disclosures;

ORAL ARGUMENT NOT REQUESTED

(2)    compelling Plaintiff to respond to Defendants' First Set of Interrogatories and First Request for Production served on June 2, 2003, whether previously objected to or not;

(3)    allowing Defendants an additional four (4) weeks after Plaintiff's full compliance to depose Plaintiff's expert;

(4)    allowing Defendants an additional four (4) weeks after Plaintiff's full compliance to retain an expert and disclose the expert's report;

(5)    allowing Defendants an additional twelve (12) weeks after Plaintiff's full compliance or through February 28, 2003, whichever is later, to conclude their discovery; and

(6)    requiring Plaintiff to pay costs and attorney's fees associated with this motion.

Done at Bridgeport, Connecticut this 23rd day of October, 2003.


Pamela J. Coyne
DURANT, NICHOLS, HOUSTON, HODGSON &
  CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT  06604
203-366-3438
203-384-0317 (Facsimile)
Pcoyne@durantnic.com
Federal Bar No. ct22941
ATTORNEYS FOR DEFENDANTS,
BRIDGEPORT BOARD OF EDUCATION,
SONIA DIAZ SALCEDO, KENNETH HENRICI,
RICARDO ROSA & JORGE PEZO

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was caused to be served this 23rd day of October, 2003 via U. S. Mail, Certified Mail, Return Receipt Requested, to the following counsel and pro se parties of record:

W. Martyn Philpot, Jr., Esq.
Law Office of W. Martyn Philpot, Jr., LLC
409 Orange Street
New Haven, CT  06511


Pamela J. Coyne

P:\lit\pjc\091200\377\00036343.DOC

3