UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
Nov 12  4 00 PM '03
U.S. DISTRICT COURT
NEW HAVEN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SCARLETT PIPKIN          *
      *Plaintiff,*         *
                               * CIVIL NO. 3:03CV0019 (MRK)
VS.                      *
                               *
BRIDGEPORT BOARD OF EDUCATION, *
ET AL                    *
      *Defendants.*         * NOVEMBER 13, 2003

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b), the plaintiff, Scarlett Pipkin, respectfully requests, an extension of time not to exceed eleven(11) days to respond to defendants Motion To Compel dated October 23, 2003. Plaintiff submits the instant motion on the following grounds:

1) Defendant's Motion To Compel seeks compliance with disclosure requests issued June 2, 2003 and Rule 26(a) initial disclosures;

2) On November 7, 2003, plaintiff hand delivered to opposing counsel her Rule 26(a) disclosures and substantial compliance with defendants' First Set of Interrogatories and Production Requests. On November 11, 2003, plaintiff hand delivered a supplement to the defendants' First Set of Interrogatories and Production Requests;

3) In light of the foregoing, on November 7, 2003, plaintiff inquired of defense counsel, Lisa Grasso-Egan, whether the pending Motion To Compel would be rendered moot. An additional inquiry was made on November 11, 2003. While there has been some indication that the Motion To Compel would be withdrawn, defense counsel has not affirmatively stated such as of the date of the instant motion;

2

4) Plaintiff's counsel has conferred with co-counsel for the defendants, Pamela Coyne, regarding the instant motion. There is no objection. The instant request is the plaintiff's second such request.

WHEREFORE, based on the foregoing, the plaintiff respectfully requests an extension of time not to exceed eleven(11) days, up to and including, November 24, 2003, in which to respond to defendant's Motion To Compel.

PLAINTIFF, SCARLETT PIPKIN

BY: _____
Marc L. Glenn
Law Office of
W. Martyn Philpot, Jr., LLC
409 Orange Street
New Haven, CT 06511-6406
Tel. No. (203) 624-4666
Federal Bar No. ct21369
Her Attorneys

**CERTIFICATION**

*THIS IS TO CERTIFY* that a copy of the foregoing was mailed, postage prepaid, to: Lisa Grasso-Egan, Pamela J. Coyne, Durant, Nichols, Houston, Hodgson, Cortese-Costa, 1057 Broad Street, Bridgeport, CT 06604-4219.

_____
Marc L. Glenn

Pipkin.enlrg.11-13-03.wpd