## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SCARLETT PIPKIN                    :
        Plaintiff,          :     NO. 3:03CV19(MRK)
                            :
v.                                 :
                            :
BRIDGEPORT BOARD OF EDUCATION,:
ET AL.                             :
        Defendants.        :

### ORDER

Plaintiff's Motion For Extension Of Time (Doc. #31), dated November 13, 2003, is hereby GRANTED. Plaintiff shall file a response to Defendant's Motion to Compel on or before November 24, 2003.

IT IS SO ORDERED.

/s/    Mark R. Kravitz
        U.S.D.J.

Dated at New Haven, Connecticut: November 18, 2003