**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT** FILED

Scarlett Pipkin

v.

Bridgeport Board of Education

DEC 10   3 43 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

**APPEARANCE**

**CASE NUMBER:** 301CV0019(MRK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
the plaintiff, Scarlett Pipkin

December 10, 2003
Date

_____
Signature

CT 21369

Marc L. Glenn
Print Name

Law Office of W. Martyn Philpot, Jr., LLC
Firm Name

409 Orange Street
Address

New Haven,        CT          06511
City              State       Zip Code

(203) 624-4666
Phone Number

I hereby certify that copies have been mailed/handed to counsel of record as listed below, this date:

Lisa Grasso-Egan
Pamela J. Coyne
Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT 06604-4219

_____
Marc L. Glenn