UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
DEC 11  3 34 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| SCARLETT PIPKIN, | \* |
| Plaintiff | \* |
| | \* CIVIL NO. 3:03CV0019 (MRK) |
| VS. | \* |
| | \* |
| BRIDGEPORT BOARD OF | \* |
| EDUCATION, SUPERINTENDENT | \* |
| SONIA DIAZ SALCEDO, in her official | \* |
| and individual capacities, ASSISTANT | \* |
| SUPERINTENDENT, KENNETH | \* |
| HENRICI, in her official and individual | \* |
| capacities, INTERIM MATHEMATICS | \* |
| DIRECTOR, RICARDO ROSA, in his | \* |
| official and individual capacities, GEAR UP | \* |
| DIRECTOR, LEROY DUPEE, in his | \* |
| official and individual capacities AND | \* |
| TEACHER, JORGE PEZO, in his official | \* |
| and individual capacities | \* |
| Defendants | \* DECEMBER 10, 2003 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S STATUS REPORT

In accordance with the Scheduling Order issued April 28, 2003, the plaintiff hereby submits the following status report:

**A.   STATUS OF CASE**

The parties have exchanged initial disclosures and responses to their respective interrogatories and production requests. However, defendants seek records concerning the plaintiff's employment with the Bridgeport Public Schools. Undersigned counsel will forward an authorization to facilitate compliance with the production requests. To that end, defendants' Motion To Compel dated October 23, 2003 remains pending. However, counsel have agreed that upon procurement of the plaintiff's employment records the

2

Motion To Compel will be rendered moot. Additionally, in light of the plaintiff's supplemental disclosures forwarded on November 6th and 11th respectively, counsel agreed to submit a Motion For Extension of Time to complete discovery. The discovery deadline is scheduled for January 16, 2004; the parties propose an extension to February 28, 2004. To date the motion has not been filed.

Should the court grant the proposed extension of time regarding discovery, the plaintiff firmly believes that the August 2004 trial date can remain intact even with modification of the April 28, 2003 Scheduling Order related to dispositive motions.

### B.   REFERRAL TO MAGISTRATE/SPECIAL MASTERS FOR SETTLEMENT PURPOSES

The plaintiff has no objection to referral of this matter to a United States Magistrate Judge or the district court's Special Masters Program. The matter was referred to Parajudicial Officer Raymond Green for a settlement conference held on June 16, 2003.

### C.   CONSENT TO TRIAL BEFORE A MAGISTRATE

The plaintiff respectfully objects to a trial before an United States Magistrate Judge.

### D.   ESTIMATED LENGTH OF TRIAL

Plaintiff anticipates trial of the instant action will take three (3) to five (5) days.

3

PLAINTIFF, SCARLETT PIPKIN

BY: _____
Law Office of
W. Martyn Philpot, Jr., LLC
409 Orange Street
New Haven, CT 06511-6406
Tel. No. (203) 624-4666
Federal Bar No. ct21369
Her Attorneys

### CERTIFICATION

*THIS IS TO CERTIFY* that a copy of the foregoing Status Report was mailed, postage prepaid, this date to: Lisa Grasso-Egan, Pamela J. Coyne, Durant, Nichols, Houston, Hodgson, Cortese-Costa, 1057 Broad Street, Bridgeport, CT 06604-4219.

_____
Marc L. Glenn

\employ\pipkin.statusreport2.wpd