**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SCARLETT PIPKIN, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV0019 (MRK) |
| | : | |
| v. | : | |
| | : | |
| BRIDGEPORT BOARD OF EDUCATION, | : | |
| SUPERINTENDENT SONIA DIAZ SALCEDO, | : | |
| in her official and individual capacities, | : | |
| ASSISTANT SUPERINTENDENT, KENNETH | : | |
| HENRICI, in his official and individual | : | |
| capacities, INTERIM MATHEMATICS | : | |
| DIRECTOR, RICARDO ROSA, in his official | : | |
| and individual capacities, GEAR UP | : | |
| DIRECTOR, LEROY DUPEE, in his official | : | |
| and individual capacities AND TEACHER, | : | |
| JORGE PEZO, in his official and individual | : | |
| capacities, | : | |
| | : | |
| Defendants. | : | MARCH 16, 2004 |

**MOTION ON CONSENT FOR EXTENSION OF TIME**

Pursuant to Local Rule 7(b) of the Federal Rules of Civil Procedure, Defendants hereby request an enlargement of time of one day, up to and including March 17, 2004 to file their Motion for Summary Judgment. Despite good faith efforts to secure all Affidavits, Defendants need to acquire the signatures of certain witnesses in support of their Motion and require additional time to do so.

This is Defendants' first request for extension regarding this deadline. Plaintiff's counsel has been contacted and has no objection to the granting of this motion. This case is not assigned for trial.

Done at Bridgeport, Connecticut, this _16th_ day of March, 2004.


_Lisa M. Grasso_
Lisa M.Grasso
DURANT, NICHOLS, HOUSTON, HODGSON &
    CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT  06604
203-366-3438
203-384-0317 (Facsimile)
Federal Bar No. ct03768

ATTORNEYS FOR DEFENDANTS,
BRIDGEPORT BOARD OF EDUCATION,
SONIA DIAZ SALCEDO, KENNETH HENRICI,
RICARDO ROSA & JORGE PEZO

## CERTIFICATION

I hereby certify that a copy of the foregoing was caused to be served this _16th_ day of

November, 2003 via U. S. Mail, Certified Mail, Return Receipt Requested, to the following

counsel and pro se parties of record:

> W. Martyn Philpot, Jr., Esq.
> Marc Glenn, Esq.
> Law Office of W. Martyn Philpot, Jr., LLC
> 409 Orange Street
> New Haven, CT  06511

_Lisa M. Grasso_
Lisa M. Grasso

P:\lit\pjc\091200\377\00038887.DOC