UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCARLETT PIPKIN, : | |
| : | CIVIL ACTION NO. |
| Plaintiff, : | 3:03CV0019 (MRK) |
| : | |
| v. : | |
| : | |
| BRIDGEPORT BOARD OF EDUCATION, : | |
| SUPERINTENDENT SONIA DIAZ SALCEDO, : | |
| in her official and individual capacities, : | |
| ASSISTANT SUPERINTENDENT, KENNETH : | |
| HENRICI, in his official and individual : | |
| capacities, INTERIM MATHEMATICS : | |
| DIRECTOR, RICARDO ROSA, in his official : | |
| and individual capacities, GEAR UP : | |
| DIRECTOR, LEROY DUPEE, in his official : | |
| and individual capacities AND TEACHER, : | |
| JORGE PEZO, in his official and individual : | |
| capacities, : | |
| : | |
| Defendants. : | MARCH 17, 2004 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 9 of the Local Rules of Civil Procedure, Defendants Bridgeport Board of Education, Sonia Diaz Salcedo, Kenneth Henrici, Ricardo Rosa and Jorge Pezo by and through their undersigned counsel, hereby

**ORAL ARGUMENT REQUESTED**

submit their Motion for Summary Judgment. The reasons for this Motion are as follows and are more fully set forth in the accompanying memorandum of law.

1.  Summary Judgment is warranted on Plaintiff's claim pursuant to the Fourteenth Amendment in Count One because Plaintiff's denial of a teaching position for the 2001 Summer Gear Up Program and transfer to a classroom assignment do not constitute a deprivation of liberty.

2.  Summary Judgment is warranted on Plaintiff's claim under 42 U.S.C. § 1981 and 1983 in Count One because Plaintiff fails to establish discrimination based on race as the basis for Defendants' actions.

3.  Summary Judgment is warranted on the intentional infliction of emotional distress claim in Count Two because the manner in which Defendants denied Plaintiff a Summer Teaching position, supervised Plaintiff and transferred her to a classroom assignment was without egregious or outrageous conduct.

4.  Summary Judgment is warranted on the negligent infliction of emotional distress claim in Count Three because (i) Defendants' actions did not occur in the course of termination of her employment, (ii) nor do they establish foreseeability and likelihood of causing harm.

5.  Summary Judgment is warranted on Plaintiff's claim of disparate treatment and hostile work environment in violation of Title VII in Count Four because Plaintiff fails to establish discrimination based on race or a hostile work environment as the basis for Defendants' actions.

6.  Summary Judgment is warranted on Plaintiff's claim under the ADEA in Count Five because Plaintiff fails to establish discrimination based on age as the basis for Defendants' actions.

Done at Bridgeport, Connecticut, this 17th day of March, 2004.

*Lisa M. Grasso*
LISA M. GRASSO, ESQ.
Federal Bar No. ct03768
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
(203) 366-3438
ATTORNEYS FOR DEFENDANTS
SONIA DIAZ SALCEDO, KENNETH HENRICI,
RICARDO ROSA & JORGE PEZO

## CERTIFICATION

I hereby certify that a copy of the foregoing was caused to be served this 17th day of March 2004, via U. S. Mail, Certified Mail, Return Receipt Requested, to the following counsel and pro se parties of record:

W. Martyn Philpot, Jr., Esq.
Law Office of W. Martyn Philpot, Jr., LLC
409 Orange Street
New Haven, CT  06511

Lisa M. Grasso

P:\lit\LMG\091200\377\00038854.DOC