UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SCARLETT PIPKIN, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV0019 (MRK) |
| | : | |
| v. | : | |
| | : | |
| BRIDGEPORT BOARD OF EDUCATION, | : | |
| SUPERINTENDENT SONIA DIAZ SALCEDO, | : | |
| in her official and individual capacities, | : | |
| ASSISTANT SUPERINTENDENT, KENNETH | : | |
| HENRICI, in his official and individual | : | |
| capacities, INTERIM MATHEMATICS | : | |
| DIRECTOR, RICARDO ROSA, in his official | : | |
| and individual capacities, GEAR UP | : | |
| DIRECTOR, LEROY DUPEE, in his official | : | |
| and individual capacities AND TEACHER, | : | |
| JORGE PEZO, in his official and individual | : | |
| capacities, | : | |
| | : | |
| Defendants. | : | MARCH 17, 2004 |

### REQUEST FOR LEAVE TO FILE MEMORANDUM
### OF LAW IN EXCESS OF FORTY PAGES

Defendants Bridgeport Board of Education, Sonia Diaz Salcedo, Kenneth Henrici, Ricardo Rosa and Jorge Pezo, by and through their undersigned counsel, hereby request leave of the Court to file the attached Memorandum of Law in Support of Defendants' Motion for Summary Judgment, served herewith, which exceeds the forty-page limit of Local Rule 7(a)2 by 13 pages in order to adequately address the facts and arguments of the instant case.

Done at Bridgeport, Connecticut, this 17th day of March, 2004.

*Lisa M. Grasso*
Lisa M.Grasso
DURANT, NICHOLS, HOUSTON, HODGSON &
  CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT  06604
203-366-3438
203-384-0317 (Facsimile)
Federal Bar No. ct03768

ATTORNEYS FOR DEFENDANTS,
BRIDGEPORT BOARD OF EDUCATION,
SONIA DIAZ SALCEDO, KENNETH HENRICI,
RICARDO ROSA & JORGE PEZO

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was caused to be served this 17th day of March, 2004 via U. S. Mail, Certified Mail, Return Receipt Requested, to the following counsel and pro se parties of record:

> W. Martyn Philpot, Jr., Esq.
> Marc Glenn, Esq.
> Law Office of W. Martyn Philpot, Jr., LLC
> 409 Orange Street
> New Haven, CT  06511

*Lisa M. Grasso* (signature)
Lisa M. Grasso

P:\lit\pjc\091200\377\00038890.DOC