## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SCARLETT PIPKIN                    :
          Plaintiff,          :     NO. 3:03CV19(MRK)
                              :
v.                                 :
                              :
BRIDGEPORT BOARD OF EDUCATION,:
ET AL.                             :
          Defendants.         :

## ORDER

      Defendants' Motion On Consent For Extension Of Time (Doc. #39), dated March 16, 2004, is hereby GRANTED nunc pro tunc. Defendants shall file their Motion For Summary Judgment on or before **March 17, 2004**.

      IT IS SO ORDERED.

      /s/    Mark R. Kravitz
            U.S.D.J.

Dated at New Haven, Connecticut: March 24, 2004