UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Amended Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Monday, April 5, 2004

4:00 p.m.

CASE NO. **3:03cv19 MRK**   **Pipkin v. Diaz Salcedo, et al**

Pamela J. Coyne
Durant, Nichols, Houston, Hodgson & Cort
1057 Broad St.
Bridgeport, CT 06604-0351
203-366-3438

STATUS CONFERENCE HELD
DATE: 4/5/04
15 min

Lisa Grasso Egan
Durant, Nichols, Houston, Hodgson & Cort
1057 Broad St.
Bridgeport, CT 06604-0351
203-366-3438

Marc L. Glenn
Law Offices of W. Martyn Philpot, Jr., L
409 Orange St.
New Haven, CT 06511-6406
203-624-4666

W. Martyn Philpot Jr.
Law Offices of W. Martyn Philpot, Jr., L
409 Orange St.
New Haven, CT 06511-6406
203-624-4666

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK