UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SCARLETT PIPKIN | : | |
| Plaintiff, | : | NO. 3:03CV19(MRK) |
| | : | |
| v. | : | |
| | : | |
| BRIDGEPORT BOARD OF EDUCATION, ET AL. | : | |
| Defendants. | : | |

### ORDER

Defendants' Request For Leave To File Memorandum Of Law In Excess Of Forty Pages [doc. #42], dated March 12, 2004, is GRANTED.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: April 12, 2004