UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| SCARLETT PIPKIN | \* |
| *Plaintiff,* | \* |
| | \* CIVIL NO. 3:03CV0019 (MRK) |
| VS. | \* |
| | \* |
| BRIDGEPORT BOARD OF EDUCATION ET AL. | \* |
| *Defendant.* | \* APRIL 28, 2004 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S INDEX OF EXHIBITS IN SUPPORT OF OPPOSITION TO SUMMARY JUDGMENT**

1) Excerpts from deposition of Scarlett Pipkin
2) Excerpts from deposition of Leroy Dupee
3) Excerpts from deposition of Carole Pannozzo
4) Excerpts from deposition of Dr. Ricardo Rosa
5) Literature re: Gear Up Program/Overview
6) List of Instructors Chosen for Summer 2000
7) Applicants not selected re: Summer 2001
8) Selected Applicants re: Summer 2001
9) E-Mail from Pipkin to Rosa/Dupee
10) Dupee evaluations re: Pipkin
11) 2001-02 evaluation of Pipkin
12) BOE's policy re: Affirmative Action
13) Excerpts from Collective Bargaining Agreement
14) Letter from Pannozzo to Pipkin re: placement for 2002-03
15) Vacancy List re: 2002-03
16) Excerpts from Pipkin's medical provider(s).
17) Curriculum re: Gear Up Program
18) Job Posting re: Summer 2000
19) Job Posting re: Summer 2001
20) Correspondence from Dr. Rosa re: formal evaluations of Gear Up instructors
21) List of teachers subject to involuntary transfer for 2002-03
22) Correspondence from BOE/Human Resources re: Bernum School Placement