UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

APR 28 '03 3 58 PM '04

U.S. DISTRICT COURT
NEW HAVEN CONN.

|                              |     |                          |
|------------------------------|-----|--------------------------|
| SCARLETT PIPKIN,             | )   |                          |
|     Plaintiff | )   | Case No. 3:03CV0019      |
|                              | )   |                          |
| v.                           | )   |                          |
|                              | )   | Judge: MRK               |
| BRIDGEPORT BOARD OF,         | )   |                          |
| EDUCATION, ET. AL.           | )   |                          |
|     Defendant | )   | Notice of Manual Filing  |
|                              | )   |                          |
|                              | )   |                          |

Scarlett Pipkin

Please take notice that the Plaintiff, ~~James Malave~~, has manually filed the following document:

Supporting Documents Re: Opposition to Summary Judgment

This document has not been filed electronically because

[ X ]  the document or thing cannot be converted to an electronic format
[   ]  the electronic file size of the document exceeds 1.5 megabytes
[   ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

Marc L. Glenn
Law Office of
W. Martyn Philpot, Jr., LLC
409 Orange Street
New Haven, CT 06511
(203) 624-4666
Fax: (203) 624-5050
E-mail: philpot.law@snet.net
Federal Bar No. ct05747