UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCARLETT PIPKIN, | : |
| | : CIVIL ACTION NO. |
| Plaintiff, | : 3:03CV0019 (MRK) |
| | : |
| v. | : |
| | : |
| BRIDGEPORT BOARD OF EDUCATION, | : |
| SUPERINTENDENT SONIA DIAZ SALCEDO, | : |
| in her official and individual capacities, | : |
| ASSISTANT SUPERINTENDENT, KENNETH | : |
| HENRICI, in his official and individual | : |
| capacities, INTERIM MATHEMATICS | : |
| DIRECTOR, RICARDO ROSA, in his official | : |
| and individual capacities, GEAR UP | : |
| DIRECTOR, LEROY DUPEE, in his official | : |
| and individual capacities AND TEACHER, | : |
| JORGE PEZO, in his official and individual | : |
| capacities, | : |
| | : |
| Defendants. | : MAY 10, 2004 |

### REQUEST FOR LEAVE TO FILE MEMORANDUM
### OF LAW IN EXCESS OF FORTY PAGES

Defendants Bridgeport Board of Education, Sonia Diaz Salcedo, Kenneth Henrici, Ricardo Rosa and Jorge Pezo, by and through their undersigned counsel, hereby request leave of the Court to file the attached Reply Brief to Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment, served herewith, which exceeds the ten-page limit of Local Rule 7(d) by four pages in order to adequately address the facts and arguments of the instant case.

Done at Bridgeport, Connecticut, this 10th day of May, 2004.

*Lisa M. Grasso*
Lisa M. Grasso
DURANT, NICHOLS, HOUSTON, HODGSON &
  CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT  06604
203-366-3438
203-384-0317 (Facsimile)
Federal Bar No. ct03768

ATTORNEYS FOR DEFENDANTS,
BRIDGEPORT BOARD OF EDUCATION,
SONIA DIAZ SALCEDO, KENNETH HENRICI,
RICARDO ROSA & JORGE PEZO

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was caused to be served this 10th day of May 2004 via U. S. Mail, Certified Mail, Return Receipt Requested, to the following counsel and pro se parties of record:

W. Martyn Philpot, Jr., Esq.
Marc Glenn, Esq.
Law Office of W. Martyn Philpot, Jr., LLC
409 Orange Street
New Haven, CT  06511

                                                                     _____
                                                                       Lisa M. Grasso

P:\lit\pjc\091200\377\00039864.DOC