## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SCARLETT PIPKIN | : | |
|     Plaintiff, | : | NO. 3:03CV19 (MRK) |
| | : | |
| v. | : | |
| | : | |
| BRIDGEPORT BOARD OF EDUCATION, | : | |
| ET AL. | : | |
|     Defendants. | : | |

## ORDER

Defendants' Request For Leave To File Memorandum Of Law In Excess Of Forty Pages [doc. # 49], dated May 10, 2004, is GRANTED. Defendants may file a 14-page Reply Brief to Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment.

IT IS SO ORDERED.

                            /s/      Mark R. Kravitz
                                       U.S.D.J.

Dated at New Haven, Connecticut: May 18, 2004