UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
*************************************
SCARLETT PIPKIN                      *
               Plaintiff             *
                                     *
VS.                                  * CIVIL NO.3:03CV0019 (MRK)
                                     *
BRIDGEPORT BOARD OF                  *
EDUCATION, ET AL.                    *
                                     *
               Defendants            * JULY 2, 2004
*************************************
```

## MOTION FOR DEFAULT JUDGMENT

The plaintiff, Scarlett Pipkin, hereby respectfully requests the Clerk of the Court to enter a default against the above-referenced defendant for their wilful failure to appear and/or answer the Amended Complaint, dated May 2, 2003 and served upon you on April 8, 2004.  As the Summons specifically directs you to appear and plead within twenty  (20) days after service of the Complaint and he has failed to do so by April 28, 2004, the entry of a default is required pursuant to Federal Rule of Civil Procedure 55(a).

WHEREFORE, in light of all of the foregoing, plaintiff hereby requests the immediate entry of default as against defendant Leroy Dupee.

**ORAL ARGUMENT IS NOT REQUESTED**

2

PLAINTIFF,


BY:_____
        Law Office of
        W. Martyn Philpot, Jr.
        409 Orange Street
        New Haven, CT  06511-6406
        Tel. No. (203) 624-4666
        Federal Bar No. ct05747
        Her Attorneys


## **CERTIFICATION**

*THIS IS TO CERTIFY* that a copy of the foregoing Motion for Default Judgment was mailed, postage prepaid, this date, to all counsel of record as follows:  Pamela J. Coyne and Lisa M. Grasso, Durant, Nichols, Houston, Hodgson & Cortese-Costa, P. C., 1057 Broad Street, Bridgeport, CT 06604.

_____
W. Martyn Philpot, Jr.


s:\docs\employ\pipkin.mtn.default.dupee.7-1-04