UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
*************************************
SCARLETT PIPKIN                      *
            Plaintiff                *
                                     *
VS.                                  * CIVIL NO.3:03CV0019 (MRK)
                                     *
BRIDGEPORT BOARD OF                  *
EDUCATION, ET AL.                    *
                                     *
            Defendants               * JULY 13, 2004
*************************************
```

## NOTICE OF APPEAL

1.  Pursuant to F. R. A. P. 4(a)(1), Scarlett Pipkin, hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order:

    Ruling granting defendants' Motion For Summary Judgment

2.  Judgment in this action was entered on June 21, 2004.

PLAINTIFF, SCARLETT PIPKIN


BY:_____
   Marc L. Glenn
   Law Office of
   W. Martyn Philpot, Jr., LLC
   409 Orange Street
   New Haven, CT  06511
   Tel. No. (203) 624-4666
   Federal No. ct21369
   Her Attorneys

2

## **CERTIFICATION**

*THIS IS TO CERTIFY* that a copy of the foregoing was mailed, postage prepaid, this date, to all counsel of record as follows:  Pamela J. Coyne and Lisa M. Grasso, Durant, Nichols, Houston, Hodgson & Cortese-Costa, P. C., 1057 Broad Street, Bridgeport, CT 06604.

_____
Marc L. Glenn

s:\docs\employ\pipkin.not.appeal.7-13-04

3

4

Case 3:03-cv-00019-MRK    Document 55    Filed 07/13/2004    Page 4 of 4