# DISTRICT OF CONNECTICUT - NEW HAVEN
## NOTICE OF APPEAL COVER MEMO

DATE: __July 15, 2004__   TO: Intake Clerk

FROM: __Frank DePino 773:2140__

FILED
JUL 26  3 ··· PM '04

**CASE TITLE:**   __Pipkin v diaz Salcedo etal__

**DOCKET NO.:**   __03-19 MRK__

**NOTICE OF APPEAL:**   filed: __July 13, 2004__

**APPEAL FROM:**   final judgment: __v__

interlocutory: __

other: __

**DOCKET SHEET:**   Attorney, updated address & phone number for <u>each</u> party __Y__

All parties are listed on Docket Sheet (Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:**   Paid __✓__   Due _____   N/A _____

IFP revoked _____   Application Attached _____

IFP pending before district judge ____

**COUNSEL:**   CJA _____   Retained __✓__   Pro Se _____

**TIME STATUS:**   Timely __✓__   Out of Time _____

**MOTION FOR EXTENSION OF TIME:** Granted _____   Denied _____

**COA:**   Granted _____   Denied _____

**COMMENTS AND CORRECTIONS:**

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _____   DATE: __7-22-04__
DEPUTY CLERK, USCA

USCA No. _____.