UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
*************************************
SCARLETT PIPKIN                     *
                Plaintiff           *
                                    *
VS.                                 *  CIVIL NO.3:03CV0019 (MRK)
                                    *
BRIDGEPORT BOARD OF                 *
EDUCATION, ET AL.                   *
                                    *
                Defendants          *  AUGUST 20, 2004
*************************************
```

## MOTION FOR DEFAULT JUDGMENT

Pursuant to *Fed. R. of Civ. Pro.* 55(b)(1), the plaintiff, Scarlett Pipkin, submits her Motion for Default Judgment in the above-referenced matter as to co-defendant, Leroy Dupee. Plaintiff submits the instant motion upon the following grounds:

(1) Co-defendant Dupee is an individual who has failed to appear since the commencement of the instant action. Pursuant by Order of the Court (Kravitz, J.), Dupee was defaulted pursuant to plaintiff's motion on July 21, 2004.

(2) The instant action was commenced on January 6, 2003. Attorneys for the remaining defendants did not represent Dupee during the proceedings. Accordingly, Dupee was served on April 8, 2004 pursuant to court order. Dupee has failed to appear either pro se or through counsel;

(3) A Motion For Default Judgment was submitted on July 2, 2004 and granted by the court on July 21, 2004. Plaintiff submits the instant motion in accordance with the entry of default and court order dated July 21, 2004.

2

(4)     In support of the foregoing, plaintiff submits an Affidavit regarding amount due (Ex. A) and Verified Bill of Costs (Ex. B).

(5)     As the foregoing requests for judgment is based upon claims of intentional discrimination, the plaintiff requests that judgment entail an award of attorney's fees, pain and suffering as well as punitive damages.

(6) Accordingly, plaintiff respectfully requests that judgment enter as to the co-defendant Leroy Dupee in the amount of $80,000.00.

                              PLAINTIFF,

                              BY:_____
                                  Marc L. Glenn
                                  Law Office of
                                  W. Martyn Philpot, Jr., LLC
                                  409 Orange Street
                                  New Haven, CT  06511-6406
                                  Tel. No. (203) 624-4666
                                  Federal Bar No. ct21369
                                  Her Attorneys

## **CERTIFICATION**

*THIS IS TO CERTIFY* that a copy of the foregoing Motion for Default Judgment was mailed, postage prepaid, this date, to all counsel of record as follows:  Pamela J. Coyne and Lisa M. Grasso, Durant, Nichols, Houston, Hodgson & Cortese-Costa, P. C., 1057 Broad Street, Bridgeport, CT 06604; Leroy Dupee, 25 Newton Street, Milford, CT 06460.

                                  _____
                                    Marc L. Glenn

s:\docs\employ\pipkin.mtn.default.8-13-04

3