UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| SCARLETT PIPKIN | * |
| Plaintiff | * |
| | * |
| VS. | * CIVIL NO.3:03CV0019 (MRK) |
| | * |
| BRIDGEPORT BOARD OF | * |
| EDUCATION, ET AL. | * |
| | * |
| Defendants | * AUGUST 20, 2004 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S VERIFIED BILL OF COSTS

Pursuant to B. Conn. L. Civ. R. 54, the plaintiff, Scarlett Pipkin hereby submits the following Verified Bill of Costs as it relates to the default judgment entered against the co-defendant Leroy Dupee.

1.    **Fees of Court Reporter for Deposition Transcripts Necessarily Obtained For Preparation Of The Case.[1]**

| | | |
|---|---|---|
| A. | Deposition of Leroy Dupee taken: | 2/11/04 |
| | Original cost of transcript: | $162.85 |
| B. | Deposition of Carole Pannozzo and | |
| | Ricardo Rosa taken: | 2/5/04 |
| | Original deposition transcript | $568.55 |
| C. | Deposition of Scarlett Pipkin taken: | 2/12/04 |
| | Original Cost of Transcripts | $453.29 |

---

[1]    Invoices attached is Exhibit 1.

2

| | | |
|---|---|---|
| | Total | $1, 184.69 |

Subtotal of Court reporter Fees:

**2.      Fees of the Clerk and Marshall.[2]**

| | | |
|---|---|---|
| A. | Marshall Fees: Lonnie Barnes | **$351.00** |
| 1. | Complaint | $275.20 |
| 2. | Co-Defendant Leroy Dupee | $75.80 |
| | Total | $351.00 |
| B. | Fees of the Clerk | **$405.00** |
| 1. | Filing Fee (USDC) | $150.00 |
| 2. | Filing Fee (Appeal) | $255.00 |
| | Total | $405.00 |
| **3.** | **Attorney's Fees** | **$3,500.00[3]** |
| A. | Law Office of W. Martyn Philpot, Jr., LLC | $3,500.00 |
| | Total | $3,500.00 |
| **TOTAL COSTS** | | **$5,440.69** |

---

[2]   Invoices attached as Exhibit 2.

[3]   Letter of Representation attached as Exhibit 3.

3

## VERIFICATION

Pursuant to 28 U.S.C. Section 1924, I, Marc L. Glenn, hereby declares as follows:

1.  I am the authorized attorney for the plaintiff, Scarlett Pipkin and have knowledge of the facts concerning the costs incurred by Scarlett Pipkin in defending this matter.

2.  I have carefully reviewed Ms. Pipkin's bill of costs and verify that the items are correct, that the costs were necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

3.  I have attached invoices for the court reporter fees and other invoices associated with this case.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on the 20th day of August 2004.

_____
Marc L. Glenn

## CERTIFICATION

*THIS IS TO CERTIFY* that a copy of the foregoing Affidavit was mailed, postage prepaid, this date, to all counsel of record as follows: Pamela J. Coyne and Lisa M. Grasso, Durant, Nichols, Houston, Hodgson & Cortese-Costa, P. C., 1057 Broad Street, Bridgeport, CT 06604; Leroy Dupee, 25 Newton Street, Milford, CT 06460.

_____
Marc L. Glenn

s:\docs\employ\pipkin.verified.bill.of.costs.8-13-04

# INVOICE

## Del Vecchio Reporting Services, LLC
### Professional Shorthand Reporters
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

**INVOICE #** 22406

February 16, 2004

TO:  MARC GLENN, ESQ.
     LAW OFFICE OF W. MARTYN PHILPOT, LLC
     409 Orange Street
     New Haven, Connecticut  06510-1217

RE: Scarlett Pipkin  vs  Bridgeport Board of Education, Et Al

Deposition of Leroy Dupee taken on 2/11/04

TRANSCRIPT:
| | | |
|---|---|---|
| 1 copy | $ | 150.00 |
| APPEARANCE FEE | | N/A |
| SUBTOTAL | $ | 150.00 |
| TAX | | 9.00 |
| JURAT PREP | | N/A |
| POSTAGE | | 3.85 |
| TOTAL | $ | 162.85 |

EIN 06-1464733

REPORTER:   KIMBERLY M. WHITE, CSR, LIC#: SHR.433
            PAYMENT DUE UPON RECEIPT

*Please refer to invoice number when remitting.*

# INVOICE

## Del Vecchio Reporting Services, LLC

*Professional Shorthand Reporters*
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

**INVOICE #** 22402

February 10, 2004


TO:   MARC GLENN, ESQ.
      LAW OFFICE OF W. MARTYN PHILPOT, LLC
      409 Orange Street
      New Haven, Connecticut  06510-1217


RE: Scarlett Pipkin  vs  Bridgeport Board of Education, Et Al

Depositions of Carole Pannozzo & Ricardo Rosa taken on 2/5/04


2 TRANSCRIPTS:
Original + 1 copy                                        $      457.50
APPEARANCE FEE                                                  60.00
                                    SUBTOTAL          $      517.50
                                    TAX                         31.05
                                    JURAT PREP x 2              20.00
                                    POSTAGE                     N/A
                                    TOTAL            $      568.55



                                              EIN 06-1464733




REPORTER:   KIMBERLY M. WHITE, CSR, LIC#: SHR.433
                    PAYMENT DUE UPON RECEIPT


*Please refer to invoice number when remitting.*

# INVOICE

## Del Vecchio Reporting Services, LLC

*Professional Shorthand Reporters*
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

**INVOICE #** 22408

February 23, 2004

TO: MARC GLENN, ESQ.
LAW OFFICE OF W. MARTYN PHILPOT, LLC
409 Orange Street
New Haven, Connecticut 06510-1217

RE: Scarlett Pipkin vs Bridgeport Board of Education, Et Al

Deposition of Scarlett Pipkin taken on 2/12/04

TRANSCRIPT:

| | |
|---|---|
| 1 copy | $ 424.00 |
| APPEARANCE FEE | N/A |
| SUBTOTAL | $ 424.00 |
| TAX | 25.44 |
| JURAT PREP | N/A |
| POSTAGE | 3.85 |
| TOTAL | $ 453.29 |

EIN 06-1464733

REPORTER: KIMBERLY M. WHITE, CSR, LIC#: SHR.433
PAYMENT DUE UPON RECEIPT

*Please refer to invoice number when remitting.*

RECEIPT FOR PAYMENT
DISTRICT COURT OF
CONNECTICUT
NEW HAVEN DIVISION

N000320

RECEIVED FROM:

LAW OFFICE OF W. MARTYN
PHILPOT, JR., LLC
409 ORANGE STREET
NEW HAVEN, CT 065116406

Case Number: 3:03CV19

F/U/B/O:

Party ID:

Tender Type:                    CHECK
03-086900                          $60.00

Civil Filing-086900

Remarks:

03-510000
                                   $90.00
Civil Filing-510000

Remarks: #16379, usdj JBA

        Subtotal:              $150.00

Receipt Total:                 $150.00
===================================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

Date:         1/6/03
Clerk:

              RT

```
          RECEIPT FOR PAYMENT
          DISTRICT COURT OF
              CONNECTICUT
          NEW HAVEN DIVISION


                                   N012932
      -----------------------------------
      RECEIVED FROM:

      PHILPOT, W. MARTYN
      409 ORANGE STREET
      NEW HAVEN, CT 06511
      -----------------------------------

       Case Number: 3:03CV19

      -----------------------------------

      F/U/B/O:

      Party ID:

      Tender Type:        CHECK
      04-086900                $255.00

      Notice of Appeal

      Remarks: #18433, usdj MRK and
               #18435

      -----------------------------------
        Subtotal:              $255.00




      -----------------------------------

      Receipt Total:           $255.00
      =====================================
      * Checks and drafts are accepted
      subject to collections and full
      credit will only be given when
      the check or draft has been
      accepted by the financial
      institution on which it was drawn.

         Date:       7/14/04
         Clerk:
                   -----------------
                        RT
```

*Piplin Expense*

*filing fee*

OFFICE    (203) 865-3464
AR        (203) 641-2405
AX        (203) 624-2128

# LONNIE BARNES
## STATE MARSHAL

399 WHALLEY AVENUE, #103
NEW HAVEN, CT 06511

Law Offices Of:                                    May 5, 2003
W. Martyn Philpot, Jr.
490 Orange Street
New Haven, CT  06511-6406


SCARLET PIPKIN vs BRIDGEPORT BOARD OF EDUCATION,
SONIA DIAZ SALCEDO, RICARDO ROSA, JORGE PEZO


SUMMONS AND COMPLAINT

Services rendered                              $ 275.20


YOU  SEND  'EM,  I'LL  SERVE  'EM!

OFFICE    (203) 865-3464
CAR       (203) 641-2405
FAX       (203) 624-2128

# LONNIE BARNES
## STATE MARSHAL

399 WHALLEY AVENUE, #103
NEW HAVEN, CT 06511

Law Offices Of:                                      May 10, 2003
W. Martyn Philpot, Jr.
490 Orange Street
New Haven, CT  06511-6406

SCARLET PIPKIN  vs  LEROY DUPEE

SUMMONS AND COMPLAINT

Services rendered                                    $ 75.80

YOU  SEND  'EM,  I'LL  SERVE  'EM!

LAW OFFICE OF

# W. MARTYN PHILPOT, JR., L. L. C.

### 409 ORANGE STREET, NEW HAVEN, CONNECTICUT 06511-6406

W. MARTYN PHILPOT, JR.
MARC L. GLENN

Of Counsel:
LAURA LEE A. DORFLINGER
PALMER Y. EPLER, III

TEL (203) 624-4666
FAX (203) 624-5050
EMAIL: philpot.law@snet.net

October 14, 2002

Scarlett Pipkin
695 Lakeside Drive
Bridgeport, CT 06606

Re:     **Letter of Representation**

Dear Ms. Pipkin:

1.     You have agreed to pay a $3500 retainer to this office. Our hourly rate is $200 per hour. In the event your case is successful and you are awarded a verdict, you will receive a credit for the retainer paid.

2.     Whether or not your case is brought in Federal or State Court, our agreement is that you will compensate this office in the amount of one-third of any settlement and/or verdict rendered which is favorable to you in connection with this matter, giving you a credit for the retainer paid.

3.     If, however, your claim is successful as a result of a legal basis which allows for the separate award of attorney's fees, then we will not seek one-third of the overall verdict awarded to you, but rather assess attorney's fees against the defendant(s) as awarded by the court, giving you a credit for the retainer paid.

4.     You have agreed to be responsible for all out-of-pocket expenses **as they arise**. These expenses include, but are not limited to, long-distance telephone calls, investigative fees, sheriff's fees, subpoenas fees, deposition costs, mailing expenses, facsimile transmissions and/or the like. However, I will not incur any substantial expense, (meaning any expense in excess of $200), without obtaining your permission prior to said expense being incurred. We anticipate the costs in the matter to be approximately $2500.

Page 2
October 14, 2002

5.    As a matter of professional practice, we will forward to you copies of any and all pleadings and/or correspondence generated by this office on your behalf. A review of these materials as we forward them to you will give you a good idea as to the status of your case.

6.    You also agree that in the event it is necessary to collect any attorney's fees and/or costs generated in connection with this matter, any costs and/or fees related to the institution of a civil action will be borne by you.

7.    Any variance from the above-stated terms of representation will constitute a breach of our agreement and, therefore, without further notification to you, you agree that this firm can immediately withdraw and/or cease all further legal representation of your interests.

If, after you have read the foregoing terms of representation, you find them to be acceptable, please affix your signature to the signature line provided below and date your signature. Thereafter, kindly return this **original** letter to this office in the self-addressed, stamped envelope provided for your mailing convenience, along with the retainer requested. On the other hand, in the event you do not understand any of the foregoing terms of representation, please give me a call so that we can thoroughly discuss your concerns.

Thank you for allowing this office the opportunity to represent your interests in this matter.

Sincerely, I remain

W. Martyn Philpot Jr.

WMP:sbk
Enclosures

I have read the foregoing terms of
representation and I understand them
and they are acceptable to me.

Scarlett Pipkin
Date: 11/11/02