# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Scarlett Pipkin, Plaintiff

vs.

Bridgeport Board of Education, ET AL. Defendants

**FILED**
Aug 24  11 06 AM '04
U.S DISTRICT COURT
NEW HAVEN, CONN.

**APPEARANCE**

CASE NUMBER: 3:03CV0019(MRK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Myself (Leroy Dupee)

___Aug 24, 2004___
**Date**

___Leroy Dupee___
**Signature**

_____
**Connecticut Federal Bar Number**

___Leroy Dupee___
**Print Clearly or Type Name**

___(203) 874-7725___
**Telephone Number**

___25 Newton St.___
**Address**
___Milford, CT 06460___

_____
**Fax Number**

_____
**E-mail address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Marc L. Glenn
Law Office of
W. Martyn Philpot Jr., LLC
409 Orange Street
New Haven, CT 06511-6406

___Leroy Dupee___
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24