UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SCARLETT PIPKIN | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03cv19 (MRK) |
| | : | |
| BRIDGEPORT BOARD OF EDUCATION, ET AL., | : | |
| | : | |
| Defendant. | : | |

## ORDER

Defendant Leroy Dupee having entered an appearance *pro se* in the above-captioned matter [doc. #61], the Motion for Default Judgment [doc. #59] is DENIED.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: August 25, 2004.