UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCARLETT PIPKIN,<br>    Plaintiff | :<br>:<br>: |
| v. | :     No. 3:03CV19 (MRK)<br>: |
| BRIDGEPORT BOARD OF<br>EDUCATION, ET AL<br>    Defendant | :<br>:<br>:     August 25, 2004 |

**APPEARANCE**

    Please enter the appearance of Warren L. Holcomb, Esq. of Berchem, Moses & Devlin, PC., 75 Broad Street, Milford, Connecticut 06460, Federal Bar #CT13127, for defendant Leroy Dupee.

                THE DEFENDANT
                LEROY DUPEE

BY: _//s//_____
        Warren, L. Holcomb, Esq.
        Berchem, Moses & Devlin, P.C.
        75 Broad Street
        Milford, CT 06460
        (203) 783-1200
        Fed. Bar #Ct13127
        His Attorneys

## CERTIFICATION

  This is to certify that a copy of the foregoing was mailed this date, first class mail, postage prepaid, to the following:


W. Martyn Philpot, Jr., Esq.
Marc L. Glynn, Esq.
W. Martyn Philpot, Jr., LLC
409 Orange Street
New Haven, CT  06511-6406

Pamela J. Coyne, Esq.
Lisa M. Grasso, Esq.
Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT  06604


           //s//_____
           Warren L. Holcomb, Esq.