UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SCARLETT PIPKIN, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | No. 3:03CV19 (MRK) |
| | : | |
| BRIDGEPORT BOARD OF | : | |
| EDUCATION, ET AL | : | |
|     Defendant | : | August 25, 2004 |

MOTION TO SET ASIDE DEFAULT

Pursuant to Fed. R.Civ. P.55(c), defendant Leroy Dupee moves that the default entered against on or about July 21, 2004 be set aside on the ground that good cause exists to grant relief from default.

The reasons upon which this motion are based are more fully explained in the Memorandum of Law, the affidavit of Leroy Dupee and the affidavit of Warren L. Holcomb, Esq. filed in support of this motion to set aside the default.

    RESPECTFULLY SUBMITTED
    Defendant Leroy Dupee


    //s//_____
    Warren L. Holcomb, Esq.
    Berchem, Moses & Devlin, P.C.
    75 Broad Street
    Milford, CT  06460
    (203) 783-1200
    Fed. ID #13127
    e-mail wholcomb@bmdlaw.com

ORAL ARGUMENT IS REQUESTED

CERTIFICATION

This is to certify that a copy of the Motion to Set Aside Default, Memorandum of Law in Support of Motion to Set Aside Default and supporting affidavits, were mailed this date, postage prepaid to the following:

W. Martyn Philpot, Jr., Esq.
Marc L. Glynn, Esq.
W. Martyn Philpot, Jr., LLC
409 Orange Street
New Haven, CT  06511-6406

Pamela J. Coyne, Esq.
Lisa M. Grasso, Esq.
Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT  06604


//s//_____
Warren L. Holcomb, Esq.