UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SCARLETT PIPKIN, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | No. 3:03CV19 (MRK) |
| | : | |
| BRIDGEPORT BOARD OF | : | |
| EDUCATION, ET AL | : | |
|     Defendant | : | August 25, 2004 |

## AFFIDAVIT OF WARREN L. HOLCOMB

I, Warren L. Holcomb, being duly sworn, depose and say:

1. I am an attorney duly licensed to practice in the State of Connecticut and in the United States District Court for the District of Connecticut. I am the attorney for the defendant Leroy Dupee.

2. Based on my review of the complaint in this matter and the Memorandum Decision granting the motion for summary judgment filed by all of the defendants except Mr. Dupee, in my opinion Mr. Dupee has meritorious defenses to all of the claims alleged in the Corrected Amended Complaint.

                                                            _____
                                                            Warren L. Holcomb

Subscribed and sworn to before me this 25th day of August, 2004.

                                                            _____
                                                            Notary Public