UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SCARLETT PIPKIN | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03cv19 (MRK) |
| | : | |
| BRIDGEPORT BOARD OF EDUCATION, ET AL., | : | |
| | : | |
| Defendant. | : | |

## ORDER

The Court having denied Plaintiff's Motion for Default Judgment against Leroy Dupee [doc. #62], the Court hereby DENIES as moot Mr. Dupee's Motion to Set Aside Default [doc. #65].

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: August 26, 2004.