<u>CERTIFICATION</u>

This is to certify that a copy of the Defendant Leroy Dupee's Motion for Summary Judgment on all Claims and Motion to Dismiss the Title VII and ADEA Claims for Lack of Subject Matter Jurisdiction, supporting Memorandum of Law, Local Rule 56(a)1 Statement of Undisputed Facts and Leroy Dupee's Affidavit was mailed on September 14, 2004 postage prepaid to the following:

W. Martyn Philpot, Jr., Esq.
Marc L. Glynn, Esq.
W. Martyn Philpot, Jr., LLC
409 Orange Street
New Haven, CT  06511-6406

Pamela J. Coyne, Esq.
Lisa M. Grasso, Esq.
Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT  06604


                                        //s//_____
                                        Warren L. Holcomb, Esq.