UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCARLETT PIPKIN, : | |
|     Plaintiff : | |
| : | |
| v. : | No. 3:03CV19 (MRK) |
| : | |
| BRIDGEPORT BOARD OF : | |
| EDUCATION, ET AL : | |
|     Defendant : | September 13, 2004 |

### AFFIDAVIT OF LEROY DUPEE

I, Leroy Dupee, being duly sworn, depose and say:

1. I am over the age of eighteen (18) and believe in the obligation of an oath.

2. I am an individual residing at 25 Newton Street, Milford, Connecticut 06460 and am named as a defendant in the above-captioned lawsuit. My date of birth is June 16, 1943 and I am African-American.

3. I was employed for 35 years by the Bridgeport Board of Education as a mathematics teacher and then as a math supervisor. I retired in June of 2000 at the end of 1999-2000 school year.

4. After my retirement, I worked as the Director of the Gear Up Program in the Bridgeport Public School District during the summers of 2000 and 2001.

5. Subsequent to early June of 2001, I neither participated in nor and had any involvement in any of the decisions affecting the plaintiff's employment as a teacher with the Bridgeport Board of Education.

6.      I declare under penalty of perjury that all of the foregoing is based upon my first-hand personal knowledge, and if called as a witness, I could, and would, competently testify thereto.

//s//_____
Leroy Dupee

Subscribed and sworn to before me this 13th day of September, 2004.

//s//_____
Warren L. Holcomb, Esq.
Commissioner of Superior Court