# MANDATE

*mandate*
*DC/New Haven*
*03-CV-19*
*Hon. Kravitz*

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

PIPKIN

v.

BRIDGEPORT BD. ED

Docket No. 04-3954

**FILED SEP 2 4 2004**
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

### STIPULATION WITHDRAWING PREMATURE APPEAL

It appearing that the above appeal is premature because claims are still pending in District Court, i.e., *plaintiff's claim against defendant Dupee,* FRCP 54(b), and no certification has been granted, WHEREFORE,

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. This stipulation shall not preclude any appeal from a final judgment, i.e., adjudicating all the claims and the rights and liabilities of all the parties, or granting certification, FRCP 54(b).

_____
Attorney for Appellant

_____
Attorney for Appellee

Dated:

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Sept. 24, 2004

Counsel: Please print name and firm under signature.

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
DEPUTY CLERK

CERTIFIED: **SEP 2 7 2004**