UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCARLETT PIPKIN | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil No. 3:03cv19 (MRK) |
| | : |
| BRIDGEPORT BOARD OF EDUCATION, ET AL., | : |
| | : |
| Defendant. | : |

## RULING AND ORDER

The Court hereby GRANTS Defendant Leroy Dupee's Motion for Summary Judgment [**doc. # 71**] for the reasons explained at length in the Court's Memorandum of Decision issued on June 21, 2004 [doc. #53]. The claims Ms. Pipkin asserted against Mr. Dupee are identical to those she advanced against the other defendants in this case, and to whom the Court has already granted summary judgment on all counts of Ms. Pipkin's complaint.  *See* Mem. of Decision [doc. #53], at 15. Ms. Pipkin has not made the Court aware of any additional facts or circumstances since the Court issued its decision granting summary judgment to all of the other defendants that would require a different result with respect to Mr. Dupee. **The Clerk is directed to enter a final judgment and close this file.**

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: <u>February 23, 2005.</u>**