UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
*************************************
SCARLETT PIPKIN                  *
                                 *   CIVIL ACTION NO. 3:03CV0019 (MRK)
             Plaintiff           *
                                 *
V.                               *
                                 *
BRIDGEPORT BOARD OF              *
EDUCATION, ET AL.,               *
                                 *
             Defendant           *   MARCH 3, 2005
*************************************
```

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(a)(1), notice is hereby given that the plaintiff in the above named case, Scarlett Pipkin, hereby appeals to the United States Court of Appeals for the Second Circuit from final judgment from an order granting summary judgment entered in this action on the 23rd day of February, 2005.

                         PLAINTIFF, SCARLETT PIPKIN


               BY:_____
                         Marc L. Glenn, Esq.
                         Law Office of
                         W. Martyn Philpot, Jr., L.L.C.
                         409 Orange Street
                         New Haven, CT 06511-6406
                         Tel. No. (203) 624-4666
                         Federal Bar No. 21369
                         Her Attorneys

2

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing Notice of Appeal was mailed, postage prepaid, this date, to:

Pamela J. Coyne and Lisa M. Grasso
Durant, Nichols, Houston, Hodgson & Cortese-Costa, P. C.
1057 Broad Street
Bridgeport, CT 06604

Warren Holcomb
Berchem, Moses, and Devlin, P.C.
75 Broad Street
Milford, CT 06460

_____
Marc L. Glenn

s:\docs\employ\pipkin.not.appel.3-1-05