**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| SCARLETT PIPKIN | \* |
| *Plaintiff,* | \* |
| | \* CIVIL NO. 3:03CV0019 (MRK) |
| VS. | \* |
| | \* |
| BRIDGEPORT BOARD OF | \* |
| EDUCATION ET AL. | \* |
| *Defendant.* | \* APRIL 28, 2004 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## INDEX TO RECORD ON APPEAL

<u>VOLUME I</u>

<u>DOCUMENT NO.</u>

| | |
|---|---|
| CERTIFIED COPIES OF DOCKET ENTRIES | 1 |
| APPEARANCE of Attorney for Scarlett Pipkin W. Martyn Philpot, Jr. (Doc. #3) filed 1/6/03. | 2 |
| COMPLAINT (Doc. #1) filed 1/9/03. | 3 |
| SUMMONS issued for Sonia Diaz Salcedo, Kenneth Henrici, Ricardo Rosa, Leroy Dupee, Jorge Pezo filed 1/9/03. | 4 |
| APPEARANCE of Attorney for Sonia Diaz Salcedo, Kenneth Henrici, Ricardo Rosa, Jorge Pezo - Pamela J. Coyne (Doc. #7) filed 2/12/03. | 5 |
| APPEARANCE of Attorney for Sonia Diaz Salcedo, Kenneth Henrici, Ricardo Rosa, Jorge Pezo - Lisa M. Grasso (Doc. #8) filed 2/12/03. | 6 |
| REPORT of Parties Planning Meeting (Doc #10) filed 4/7/03. | 7 |
| MOTION by Sonia Diaz Salcedo, Kenneth Henrici, Ricardo Rosa, Jorge Pezo to Dismiss (Doc. #12) filed 4/14/03. | 8 |
| MEMORANDUM by Sonia Diaz Salcedo, Kenneth Henrici, Ricardo Rose, Jorge Pezo in support of Motion to Dismiss (Doc. #13) filed 4/14/03. | 9 |

2

| | |
|---|---|
| ENDORSEMENT denying Motion to Dismiss filed 4/17/03. | 10 |
| SCHEDULING ORDER setting Discovery cutoff 1/16/04; Dispositive motions due 2/16/04; Status report by 12/10/03; Filing of Trial Memorandum by 3/16/04 (Doc. #15) filed 5/1/03. | 11 |
| CORRECTED AMENDED COMPLAINT by Scarlett Pipkin amending Amended Complaint by Scarlett Pipkin (Doc. #17) filed 5/2/03. | 12 |
| APPEARANCE of Attorney for Bridgeport Board of Education - Lisa M. Grasso (Doc. #22) filed 5/12/03. | 13 |
| ANSWER and Affirmative Defenses to Complaint by Sonia Diaz Salcedo, Kenneth Henrici, Ricardo Rosa, Jorge Pezo, Bridgeport Board of Education (Doc. #25) filed 5/21/03. | 14 |
| APPEARANCE of Attorney for Bridgeport Board of Education - Pamela J. Coyne (Doc. #26) filed 5/21/03. | 15 |
| NOTICE of Appearance by Marc L. Glenn on behalf of Scarlett Pipkin (Doc. #33) filed 12/10/03. | 16 |
| MOTION for Summary Judgment by Sonia Diaz Salcedo, Kenneth Henrici, Jorge Pezo, Ricardo Rosa, Responses due by 4/7/04 (Doc. #40) filed 3/17/04. | 17 |
| STATEMENT OF MATERIAL FACTS re Motion for Summary Judgment filed by Sonia Diaz Salcedo, Kenneth Henrici, Jorge Pezo, Ricardo Rosa (Doc. #41) filed 3/17/04. | 18 |
| MOTION for Leave to File Memorandum of Law in Excess of Forty Pages re: Motion for Summary Judgment by Sonia Diaz Salcedo, Kenneth Henrici, Jorge Pezo, Ricardo Rosa (Doc. #42) filed 3/17/04. | 19 |
| ORDER granting nunc pro tunc Motion for Extension of Time until 3/17/04 to file Motion for Summary Judgment (Doc. #43) filed 3/24/04. | 20 |
| ORDER granting Motion for Leave to File Excess Pages (Doc. #45) filed 4/13/04. | 21 |
| MEMORANDUM IN OPPOSITION re Motion for Summary Judgment filed by Scarlett Pipkin (Doc. #46) filed 4/28/04. | 22 |

3

| | |
|---|---|
| STATEMENT OF MATERIAL FACTS re Motion for Summary Judgment filed by Scarlett Pipkin (Doc. #47) filed 4/28/04. | 23 |
| EXHIBITS by Scarlett Pipkin. Related document: Memorandum in Opposition to Motion filed by Scarlett Pipkin (Attachments: #1 | 24 |
| Notice of Manual Filing of Exhibits in Paper form) (Doc. #48) filed 4/29/04. | 25 |
| MOTION for Leave to File Memorandum of Law in Excess of Forty Pages by Bridgeport Board Bridgeport Board of Education, Sonia Diaz Salcedo, Kenneth Henrici, Jorge Pezo, Ricardo Rosa (Doc. #49) filed 5/10/04. | 26 |
| REPLY to Response to Motion for Summary Judgment filed by Sonia Diaz Salcedo, Kenneth Henrici, Jorge Pezo, Ricardo Rosa (Doc. #50) filed 5/10/04. | 27 |
| ORDER granting Motion for Leave to File Memorandum of Law in Excess of Forty Pages (Doc. #51) filed 5/19/04. | 28 |
| MEMORANDUM OF DECISION granting Motion for Summary Judgment (Doc. #53) filed 6/22/04. | 29 |
| NOTICE OF APPEAL as to Order on Motion for Summary Judgment by Scarlett Pipkin (Doc. #55) filed 7/13/04. | 30 |
| NOTICE OF ELECTRONIC E-FILED ORDER ordered accordingly Motion for Default entry (Doc. #57) filed 7/21/04. | 31 |
| MOTION for Default Judgment by Scarlett Pipkin (Attachment #1 Affidavit in Support of Default Judgment) (Doc. #59) filed 8/20/04. | 32 |
| NOTICE of Pro Se Appearance by Leroy Dupee (Doc. #61) filed 8/24/04. | 33 |
| ORDER denying Motion for Default Judgment (Doc. #62) filed 8/25/04. | 34 |
| NOTICE of Appearance by Warren L. Holcomb on behalf of Leroy Dupee (Doc. #63) filed 8/25/04. | 35 |
| MOTION to Set Aside Default by Leroy Dupee (Doc. #64) filed 8/25/04. | 36 |
| MEMORANDUM in Support re Motion to Set Aside Default filed by Leroy Dupee (Doc. #65) filed 8/25/04. | 37 |
| ORDER denying Motion to Set Aside Default (Doc. #66) filed 8/27/04. | 38 |


4

| | |
|---|---|
| USCA Scheduling Order as to Notice of Appeal field by Scarlett Pipkin (Doc. #70) filed 9/9/04. | 39 |
| MOTION for Summary Judgment by Leroy Dupee (Doc. #71) filed 9/15/04. | 40 |
| MEMORANDUM IN SUPPORT re Motion for Summary Judgment filed by Leroy Dupee (Doc. #72) filed 9/15/04. | 41 |
| AFFIDAVIT re Motion for Summary Judgment signed by Leroy DuPee filed by Leroy Dupee (Doc. #73) filed 9/15/04. | 42 |
| LOCAL RULE 56(a)1 statement of undisputed facts re Motion for Summary Judgment (Doc. #74) filed 9/15/04. | 43 |
| ANSWER and Affirmative Defenses TO Corrected Amended Complaint by Leroy Dupee (Doc. #75) filed 9/15/04. | 44 |
| MANDATE of USCA dated 9/27/04, stipulation withdrawing appear so ordered as to Notice of Appeal field by Scarlett Pipkin (Doc. #76) filed 9/29/04. | 45 |
| RULING AND ORDER GRANTING Motion for Summary Judgment as per Court's Memorandum of Decision issued on 6/21/04 (Doc. No. 77) filed 2/23/05. | 46 |
| NOTICE OF APPEAL as to Order on Motion for Summary Judgment by Scarlett Pipkin (Doc. #78) filed 3/3/05. | 47 |
| Acknowledged Receipt of Notice of Appeal at USCA on 3/9/05 re Notice of Appeal (Doc. #79) filed 3/11/05. | 48 |

5

        PLAINTIFF, SCARLET PIPKIN


BY:_____
    Marc L. Glenn
    Law Office of
    W. Martyn Philpot, Jr., LLC
    409 Orange Street
    New Haven, CT 06511-6406
    Tel. No. (203) 624-4666
    Federal Bar No. ct21369
    Her Attorneys


## **CERTIFICATION**

*THIS IS TO CERTIFY* that a copy of the foregoing was mailed, postage prepaid, this date, to: Lisa Grasso Egan, Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C., 1057 Broad Street, Bridgeport, CT 06604-4219.


_____
Marc L. Glenn