UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SCARLETT PIPKIN                          :

v.                                       Civil No.  3:03cv19 (MRK)
                                         :

BRIDGEPORT BD OF EDUCATION               :
SONIA DIAZ SALCEDO
KENNETH HENRICI                          :
JORGE PEZO
RICARDO ROSA
LEROY DUPEE                              :

## JUDGMENT

This matter came on for consideration on defendant Leroy Dupee's motion for summary judgment before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers in conjunction with the motion and on February 23, 2005 the Court filed a Ruling granting defendant's motion for summary judgment. On June 22, 2004, a Memorandum of Decision entered granting defendants' motion for summary judgment.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendants and this case is closed.

Dated at New Haven, Connecticut, this 19th day of August, 2005.

KEVIN F. ROWE, CLERK

By_____/s/_____
Betty J. Torday
Deputy Clerk

EOD_____