## DURANT, NICHOLS, HOUSTON, HODGSON & CORTESE-COSTA, P.C.

ATTORNEYS AT LAW

E. Terry Durant*
Donald F. Houston
Christopher M. Hodgson
Loraine M. Cortese-Costa**
Natale V. Di Natale**
Lisa Grasso Egan

Peter Dagostine
Daniel C. Ford
Stephen M. Sedor**

1057 Broad Street
Bridgeport, Connecticut 06604-4219
Tel. (203) 366-3438   Fax (203) 384-0317
www.durantnic.com

<u>Of Counsel</u>
George N. Nichols

<u>Paralegals</u>
Megan L. Krom
Kimberly A. Marini

Also Admitted in Virginia*
Also Admitted in New York**

September 1, 2005

**VIA:   *Certified Mail/RRR***
***#7160 3901 9842 8641 6438***

Clerk of the Court
U. S. District Court
141 Church Street
New Haven, CT  06510

      Re:   Pipkin vs. Bridgeport Board of Education, et al
            <u>Civil Action No. 3:03-CV-0019 (MRK)</u>

Dear Sir or Madam:

      Please accept for filing the original and one copy of the Defendant's Motion to Withdraw Appearance, and CD in regard to the above-captioned case.

      Kindly file-stamp the copy and return it with the CD in the enclosed, postage-paid envelope.

      Thank you for your anticipated cooperation.

                                          Very truly yours,

                                          Kimberly A. Marini
                                          Paralegal

Enclosure
cc:   W. Martyn Philpot, Jr., Esq. (w/enc) VIA Cert Mail/RRR # 7160 3901 9842 8641 6445
        Leroy Dupee (w/enc) VIA Cert Mail/RRR #7160 3901 9842 8641 6452
        Warren L. Holcomb, Esq. (w/enc) VIA Cert Mail/RRR #7160 3901 9842 8641 6469
        Dr. John J. Ramos (w/enc)
        Ms. Carole Pannozzo (w/enc)

P:\general\kam\091200\377\00048692.DOC

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCARLETT PIPKIN, : | |
| : | CIVIL ACTION NO. |
| Plaintiff, : | 3:03CV0019 (MRK) |
| : | |
| v. : | |
| : | |
| BRIDGEPORT BOARD OF EDUCATION, : | |
| SUPERINTENDENT SONIA DIAZ SALCEDO, : | |
| in her official and individual capacities, : | |
| ASSISTANT SUPERINTENDENT, KENNETH : | |
| HENRICI, in his official and individual : | |
| capacities, INTERIM MATHEMATICS : | |
| DIRECTOR, RICARDO ROSA, in his official : | |
| and individual capacities, GEAR UP : | |
| DIRECTOR, LEROY DUPEE, in his official : | |
| and individual capacities AND TEACHER, : | |
| JORGE PEZO, in his official and individual : | |
| capacities, : | |
| : | |
| Defendants. : | September 1, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to L. Civ. R. 7(e), the undersigned hereby moves to withdraw the Appearance of Pamela J. Coyne, Esq. of Durant, Nichols, Houston, Hodgson & Cortese-Costa, P.C., on her behalf. Attorney Coyne is no longer with the firm, and is now practicing law in another state.

For the foregoing reasons, the undersigned respectfully requests that this motion be granted.

ORAL ARGUMENT NOT REQUESTED

Done at Bridgeport, Connecticut, this 1st day of September 2005.

_____
Lisa Grasso Egan
DURANT, NICHOLS, HOUSTON, HODGSON &
 CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
Telephone 203-366-3438
Facsimile 203-384-0317
Federal Bar No. ct03678

ATTORNEYS FOR DEFENDANTS,
BRIDGEPORT BOARD OF EDUCATION,
SONIA DIAZ SALCEDO, KENNETH HENRICI,
RICARDO ROSA & JORGE PEZO

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was caused to be served this -1st day of September, 2005 via U. S. Mail, Certified Mail, Return Receipt Requested, to the following counsel and pro se parties of record:

W. Martyn Philpot, Jr., Esq.
Marc Glenn, Esq.
Law Office of W. Martyn Philpot, Jr., LLC
409 Orange Street
New Haven, CT 06511

Leroy Dupee
25 Newton Street
Milford, CT 06460

Warren L. Holcomb, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

                                                                      Lisa Grasso Egan

P:\lit\kam\091200\377\00048556.DOC